Manon Burns, *pro hac vice*
AMIN WASSERMAN GURNANI, LLP
230 W. Monroe Street
Suite 1405
Chicago, IL 60606
T: (312) 466-1033
F: (312) 884-7352
mburns@awglaw.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLUTCH, INC. D/B/A CARPE | |
| Plaintiff, | Civil Action No. 1:24-cv-8407 |
| v. | **PLAINTIFF'S MOTION AND ORDER FOR COUNSEL MANON BURNS TO PARTICIPATE IN SHOW CAUSE HEARING TELEPHONICALLY** |
| KASEBERRY, INC., SHINMORE INC., All153 PP, Inc., AND DOES 1-10, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE THAT counsel for Plaintiff Clutch, Inc. d/b/a Carpe, Manon Burns, who is located in Chicago, Illinois, respectfully requests to appear and participate on the hearing on the Court's Order to Show Cause Why Default Judgment And A Permanent Injunction Should Not Be Entered Against Defendants set for 4/23/2025 at 11:00 AM before Judge Edgardo Ramos (Dkt. 27) by telephone or Zoom.

Dated: April 2, 2025

*s/Manon Burns*
Manon Burns, *pro hac vice*
AMIN WASSERMAN GURNANI, LLP
230 W. Monroe Street
Suite 1405
Chicago, IL 60606
T: (312) 466-1033
F: (312) 884-7352
mburns@awglaw.com

*Attorney for Plaintiff*

---

The application is granted. Counsel for Clutch, Inc. is instructed to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number. The counsel is further instructed to join the call five (5) minutes prior to the conference's start time.

IT IS SO ORDERED.

Dated: __April 21__, 2025

By:_____
Honorable Edgardo Ramos
Judge of the United States District Court